UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAHDIABDUL WILKERSON,

    Plaintiff,

v.    Case No:   6:25-cv-676-JSS-LHP

INSUREME INC. and JOHN PEQUENO,

    Defendants

---

**ORDER**
(And Direction to Clerk of Court)

This cause comes before the Court following a Case Management Conference pursuant to the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program, held today. Doc. Nos. 4, 28, 31. As discussed with the parties at the Conference, it is **ORDERED** as follows:

1. Plaintiff's oral motion to receive case notifications via email (Doc. No. 30) is **GRANTED**. *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023).[1] The **Clerk of Court** is directed to add Plaintiff's email address,

---

[1] This Order authorizes receipt of Court filings by email alone. Plaintiff may

wilkersonmahdiabdul@gmail.com, to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings. The Court also notes Plaintiff's consent to service by email of all court documents going forward from Defendants. *See* Fed. R. Civ. P. 5(b)(2)(E), (F).

2. Within **seven (7) days** of this Order, the parties shall either file a fully executed Stipulated Consent to the IDEAL Program and Magistrate Judge Authority signed by all parties (unilateral consents should not be filed) or submit the standard Case Management Report. *See* Doc. No. 4 ¶ 4.

**DONE** and **ORDERED** in Orlando, Florida on June 24, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

submit his filings online through the Court's web portal, *see Moore*, 2023 WL 4947933, at *1, or to the Clerk's office by mail.