**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MAHDIABDUL WILKERSON,

        Plaintiff,

v.                                    Case No:   6:25-cv-676-JSS-LHP

INSUREME INC. and JOHN
PEQUENO,

        Defendants

---

**ORDER**

This cause comes before the Court on the parties' Stipulation of Dismissal With Prejudice, signed by all parties who have appeared.   Doc. No. 56.   The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).   *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).   Accordingly, this case is **DISMISSED WITH PREJUDICE**, and the Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

    **DONE** and **ORDERED** in Orlando, Florida on May 12, 2026.

                                                LESLIE HOFFMAN PRICE
                                        UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties